IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MILES THOMAS , | ) | CV 25-00405 DKW-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| QUEENS HOSPITAL; THOMAS WILLIAMS; NICHOLAS MAURICO; JOANNE CADDALI, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 24, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Complaint and Deny Application to Proceed In Forma Pauperis", ECF No. 7, are adopted as the opinion and order of this Court. Plaintiff may file an amended complaint on or before November 5, 2025. Plaintiff

is advised that failure to file an amended complaint will result in this dismissal of this action without further notice.

IT IS SO ORDERED.

DATED: October 15, 2025 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

*Miles Thomas vs. Queens Hospital, et al*; Civil No. 25-00405 DKW-RT; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**